# EXHIBIT C

Request a demo tablet today! Conditions apply. (https://www.ruggedtabletpc.com/request-demo-device)


(/)

Search this site...   🔍

ping.netsuite.com/app/site/query/customercenterredirect.nl?c=3395943&n=1&ext=T)

o://shop.ruggedtabletpc.com/checkout/cart.ssp?sc=3&ck=rRJ8204DAlNCRosT&vid=rRJ8204DAlpCRsqg&cktime=131772&cart=2045&ext=T)

## Rugged & Sealed Tablets
Built-in ruggedness with barcode scanning capabilities.





# xTablet T8500

## $845.00

### Value priced, highly sealed rugged tablet with barcode scanner.

- Windows® 10 Professional (Home Edition optional)
- 8-Inch Display, 1280x800
- Highly sealed (IP67)
- Optional Barcode Scanner (1D or 2D)
- MIL-STD810G; 4-ft. Drops
- Intel® Z3735F Processor
- WiFI 802.11 a/b/g/n
- 64GB Storage Drive
- Bluetooth 4.0 and GPS

 

| Request Demo Unit (/request-demo-device?device=xTablet+T8500) |

Demo units are available for testing.

Choose configuration: **Windows 10 Home** – **$845.00**

| **Windows 10 Home** | Windows 10 Professional |

| | 1D Scanning and Windows 10 Professional |

| 1D Scanning and Windows 10 Home | 2D Scanning and Windows 10 Professional |

| 2D Scanning and Windows 10 Home | |

Quantity    [ 1 ]

| Add to cart |    ⌃

# Overview

The MobileDemand family of tablets (/family-of-tablets-overview) are designed to be productivity tools. The xTablet T8500 is no different. A versatile rugged tablet that is designed to power through your work day with less downtime.

- Small (8-inch display) and lightweight (less than 1.5 lbs.) -- Ideal for mobile workers.
- Protected from total dust and water ingress (IP67 rating).
- Windows® 10 means securely utilizing full versions of all the software you need.
- Integrated barcode scanner option for tracking inventory, line busting and much more.
- The xTablet T8500 comes standard with an 8-hour lithium-ion polymer battery.
- Wireless 802.11 a/b/g/n and Bluetooth 4.0 included.

3rd Party Review of T8500 (http://www.ruggedpcreview.com/3_slates_tabletpc_mobiledemand_xtablet_t8500.html)

# Product Videos



xTablet T8500 Overview - Lightweight Rugged T...



xTablet T8500 - Rugged Tablet Drop Test

# Tech Specs

Download Spec Sheet (/Media/Default/Products/T8500/xTablet%20T8500-1.pdf)

### Physical and environmental characteristics

| | |
|---|---|
| Dimensions: | 8.62" W x 5.47" H x .75" D (219 mm W x 139 mm H x 19 mm D) |
| Display: | 8" diagonal widescreen |
| Weight: | 1.39 lb. (0.63 kg) - base configuration |
| Sealing: | IP67 (water and dust) |
| Drop / Shock: | 26 repeated drops to 1 operating unit on to plywood over concrete from 48 inches |
| Operating Temp: | -4° F to +140° F (-20° C to +60° C) |
| Storage Temp: | -27° F to +158° F (-33° C to +70° C) |
| Humidity: | 95% non-condensing |

### Performance characteristics

| | |
|---|---|
| Processor: | Intel® Quad-Core Z3735F |
| System Memory: | 2GB DDR3L RAM |
| Storage Drive: | 64GB |
| Operating System: | Windows® 10 Professional OR Home Edition (32-bit) |

| | |
|---|---|
| Display: | 1280 (W) x 800 (H); 10-pt Projected Capacitive Touch; 320 nit |
| Buttons: | Volume +/-, power, barcode scanner trigger |
| I/O Board Configuration: | Micro USB, micro SD, mini HDMI, USB 2.0, earphone jack |
| Battery System: | 26Wh, 3.7V,7000 mAh; 6-8 hour battery life |
| Audio: | Intel® HD audio, built-in microphone |
| Sensors: | G sensor |
| Scanner: | High performance 1D or 2D imager (optional) |
| Camera: | 5MP integrated (rear-facing) and 2MP integrated (front-facing) |

## Docking system

| | |
|---|---|
| Desktop Cradle | 3 x USB, 1 x ethernet |

## Wireless & GPS network characteristics

| | |
|---|---|
| Wireless | 802.11 a/b/g/n |
| Bluetooth: | 4.0 |
| GPS: | Included |

## Regulatory approvals

| | |
|---|---|
| xTablet T8500: | FCC Class B , FCC/SAR, cUS, CE, CB, TUV, UL, NOM |

# Downloads

| File Name | Size | Description |
|---|---|---|
| xTablet T8500 Tablet Brochure (/Media/Default/Products/T8500/xTablet% 20T8500.pdf) | 141 kb | Specifications Brochure |
| Windows 10 (32-Bit) Camera (/Media/Default/Documents/T8500/T8500% 20Win10-32bit/03.%20Camera.zip) | 6343 kb | Driver |
| 04. SD Card Reader (2) (/Media/Default/Documents/T8500/T8500% 20Win10-32bit/04.%20SD%20Card% 20Reader%20(2).zip) | 8824 kb | |
| Windows 10 (32-Bit) Rotation Sensor (/Media/Default/Documents/T8500/T8500% 20Win10-32bit/05.%20Rotation% 20Sensor.zip) | 3613 kb | Driver |
| Windows 10 (32-Bit) SD Card Reader (/Media/Default/Documents/T8500/T8500% 20Win10-32bit/04.%20SD%20Card% 20Reader.zip) | 8824 kb | Driver |

Show more downloads...

⌃

## Related Products





(/products/xtablet-t1500)

### xTablet T1500 (/products/xtablet-t1500)

Rugged, 10.1-inch device with integrated barcode scanning. IP65, Bluetooth, WiFi, GPS and more.

Buy now (/products/xtablet-t1500)

Learn more ❯ (/products/xtablet-t1500)

(/products/t1500-and-t8500-office-dock)

### T1500 & T8500 Office Dock (/products/t1500-and-t8500-office-dock)

Mount your T1500 or T8500 Windows® tablet an attach accessories using the LAN or USB ports.

Buy now (/products/t1500-and-t8500-office-dock)

Learn more ❯ (/products/t1500-and-t8500-office-dock)

## Recent News



(/blog/what-does-mil-std-810g-even-mean)

### What Does "MIL-STD-810G" Even Mean? (/blog/what-does-mil-std-810g-even-mean)

Posted on 3/15/2016 by Derek Oja

For many semi-rugged or fully rugged products on the market, you'll often see the notation "MIL-STD-810G" listed under the product specifications and touted in various marketing documents and …

Read more ❯ (/blog/what-does-mil-std-810g-even-mean)



(/blog/how-does-a-barcode-scanner-work)

### How Does a Barcode Scanner Work? (/blog/how-does-a-barcode-scanner-work)

Posted on 3/8/2016 by Derek Oja

Most barcode scanners consist of three different parts including the illumination system, the sensor, and the decoder. In general, a barcode scanner "scans" the black and white elements …

Read more ❯ (/blog/how-does-a-barcode-scanner-work)

ᐱ



(/blog/6-reasons-retailers-must-use-tablets)

## 6 Reasons Retailers Must Use Tablets (/blog/6-reasons-retailers-must-use-tablets)

Posted on 2/16/2016 by Derek Oja

The rule book for retail has been rewritten. Retailers are changing the way their store associates interact with customers and provide outstanding customer service. Based on the fact that …

Read more ❯ (/blog/6-reasons-retailers-must-use-tablets)



Why Microsoft Windows 10 for Business?

Moving business forward with multi-doing. Windows 10 for rugged tablets now available!

Follow MobileDemand  in (https://www.linkedin.com/company/mobiledemand)  ✖ (https://twitter.com/ruggedtabletpc)  ▶ (https://www.youtube.com/user/ruggedtabletpc)  f (https://www.facebook.com/TabletPC/)  g+ (https://plus.google.com/+Ruggedtabletpc/about)

Share this page  in (https://www.linkedin.com/shareArticle?mini=true&url=https://www.ruggedtabletpc.com/products/xtablet-t8500)  ✖ (https://twitter.com/intent/tweet?url=https://www.ruggedtabletpc.com/products/xtablet-t8500&via=RuggedTabletPC)  f (https://facebook.com/sharer.php?u=https://www.ruggedtabletpc.com/products/xtablet-t8500)

| Our Products | Help | Popular Resources |
| --- | --- | --- |
| All Tablets (/devices) | Contact Us (/contact) | Case Studies (/case-studies) |
| Mounts and Accessories (/category/accessories) | Service RMA Request (/service-rma-request-form) | FAQ (/frequently-asked-questions) |
| Cloud-Based Rugged Tablets (/category/tablets/cloud-based-rugged-tablets) | Warranty Info (/warranty-info) | Industries (/industries) |
| | Tablet Drivers (/downloads) | Partner Directory (/partner-directory) |
| | | About MobileDemand (/about) |

Case 2:16-cv-05552-SDW-LDW   Document 1-3   Filed 09/13/16   Page 7 of 7 PageID: 37

Rugged Surface Bundles (/category/tablets/rugged-surface-tablet-bundle)

Rugged Surface Cases (/category/tablets/rugged-surface-case)

Rugged & Sealed Tablets (/category/tablets/rugged-sealed-tablets)

Ultra-Rugged Tablets (/category/tablets/ultra-rugged-tablets)

Terms and Conditions (/terms-and-conditions)



(/) © 2016 MobileDemand, L.C. | 1501 Boyson Square Drive, Suite 101, Hiawatha, IA 52233 | 319.363.4121 All Rights Reserved. | Legal (/disclaimers)

Privacy Policy (/privacy-policy)